torney General, Office of the Attorney General, Tucson, AZ, for Respondents–Appellees.

Before: SILVERMAN and CLIFTON, Circuit Judges, and WATSON, District Judge.**

MEMORANDUM ***

Arizona state prisoner Samuel Swoopes appeals the district court's July 21, 2011 order denying his petition for writ of habeas corpus. We review *de novo, see, e.g., Carrera v. Ayers,* 699 F.3d 1104, 1106 (9th Cir.2012) (en banc), and we reverse and remand.

Swoopes filed his original federal petition in 1993, before the enactment of the Anti–Terrorism and Effective Death Penalty Act (AEDPA). Review of Swoopes' petition is accordingly governed by the pre-AEDPA standard of review. *See, e.g., Sivak v. Hardison,* 658 F.3d 898, 905 (9th Cir.2011). The district court, however, applied the AEPDA standard, and denied relief, finding that the state court did not unreasonably apply federal law. *Compare* 28 U.S.C. § 2254(d)(1) (1996) *with* 28 U.S.C. § 2254(d) (1966). Under the pre-AEDPA standard, while a federal habeas court does not defer to state courts' ultimate determination of mixed questions of law and fact, such as questions of harmlessness, it usually does defer to the factual findings underlying such determinations.

*See, e.g., Mayfield v. Calderon,* 229 F.3d 895, 901 (9th Cir.2000). Because the district court applied the incorrect standard to its analysis of the petition, we reverse and remand for consideration by the district court, in the first instance, of petitioner's claims under the appropriate standard.[1]

**REVERSED and REMANDED.**

**Lionel GARCON; Marie C. Garcon, Plaintiffs–Appellants,**

v.

**UNION PACIFIC RAILROAD COMPANY; Alberto Hernandez, employee; Todd C. Walters, employee; Luis De La Cruz, employee, Defendants–Appellees.**

No. 11–17764.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 11, 2014.*

Filed Aug. 13, 2014.

Lionel Garcon, Fairburn, GA, pro se.

Marie C. Garcon, Fairburn, GA, pro se.

Warren Reed Campbell, Counsel, Anthony J. Hancock, Counsel, Terrance Sims, Counsel, Beaugureau Hancock Stoll &

---

** The Honorable Derrick Kahala Watson, District Judge for the U.S. District Court for the District of Hawaii, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1. We decline to expand the certificate of appealability. The uncertified issues are not before us and are not subject to this remand.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Schwartz, PC, Phoenix, AZ, for Defendants–Appellees.

Before: SILVERMAN and CLIFTON, Circuit Judges, and WATSON, District Judge.**

MEMORANDUM ***

For the reasons stated in the district court's order, we **AFFIRM.**

**Jose Alfredo FUENTES–COLOCHO, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 13–70470.

United States Court of Appeals, Ninth Circuit.

Aug. 13, 2014.

Elyse M. Greenwald, James L. Day, Jr., Esquire, Elif Kimyacioglu, Esquire, Latham & Watkins LLP, San Francisco, CA, for Petitioner.

OIL, Justin Robert Markel, Trial, U.S. Department of Justice, Washington, DC,

Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Agency No. A094–803–651.

ORDER

Respondent's unopposed motion to remand this matter to the Board of Immigration Appeals is granted.

In said motion, the parties have agreed as follows "Upon remand, the Board shall remand the record of proceedings to the Immigration Court to allow the parties to address before the Immigration Judge the appropriate means to enable Petitioner to apply for asylum with the United States Citizenship and Immigration Services ("USCIS") as an Unaccompanied Alien Child by an Asylum Officer pursuant to the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 ("TVPRA"), Public Law 110–457. The parties request that the Court' remand order vacate the order of removal entered by the Immigration Judge on June 16, 2011 and affirmed in a final decision by the Board on January 8, 2013 so that Petitioner may apply for asylum in accordance with the TVRPA."

Petitioner's removal is stayed pending a Board decision in this matter.

As stated in the unopposed motion, the parties shall bear their own fees and costs.

This order served on the agency shall act as the mandate of this court.

**REMANDED.**

---

** The Honorable Derrick Kahala Watson, District Judge for the U.S. District Court for the District of Hawaii, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.